IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EXECUTIVE AIRCRAFT SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case Number CIV-08-144-C |
| TAL ENTERPRISES, LLC and AERO-SPACE REPORTS, INC., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM OPINION**

Plaintiff filed the present action seeking to recover funds held in escrow following the sale of an airplane. Plaintiff entered into a contract with Defendant TAL Enterprises, LLC, ("TAL") for the sale of a used Dassault Falcon 50. Pursuant to the terms of the contract, certain funds were held in escrow by Defendant Aero-Space Reports, Inc., pending resolution of "8130" tags. Under the terms of the contract, TAL was to provide the "8130's" within 30 days of closing or the additional funds held in escrow were to be returned to Plaintiff.

Plaintiff filed the present motion seeking entry of default judgment against TAL for recovery of the funds held in escrow. Plaintiff has established that TAL was properly served and despite passage of the appropriate time period TAL has failed to answer or otherwise defend this action. Plaintiff has obtained an Entry of Default from the Court Clerk and provided an affidavit attesting to the terms of the contract and TAL's failure to comply with those terms. After reviewing the evidence and the court file in this matter, the Court finds

Plaintiff is entitled to judgment. Accordingly, judgment will be entered in favor of Plaintiff and against TAL in the amount of $312, 265.60.

As set forth herein, the Court finds Plaintiff is entitled to judgment in the amount of $312, 265.60, against Defendant TAL Enterprises, LLC. Accordingly, Plaintiff's Motion for Default Judgment (Dkt. No. 21) is GRANTED. A separate Judgment will issue.

IT IS SO ORDERED this 5th day of May, 2008.

ROBIN J. CAUTHRON
United States District Judge